```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      HATTIESBURG DIVISION
```

UNITED STATES OF AMERICA,                              PLAINTIFF

VS.                              CRIMINAL ACTION NO.2:96-cr-24DCB

ROBERT MINOR,                                          DEFENDANT

                     ORDER ALLOWING REMISSION ON FINE

   This cause came on for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989) for remission of all of the unpaid portion of the fine imposed on March 25, 1997, in this cause; and the Court being advised, is of the opinion that the petition is well taken and all of the unpaid portion of the fine imposed March 25, 1997, is hereby remitted.

            SO ORDERED this the   3rd   day of January   , 2006.


                              s/David Bramlette
                         UNITED STATES DISTRICT JUDGE